T. Thomas Singer
Axilon Law Group, PLLC
115 N. Broadway
Electric Building, No. 310
P.O. Box 987
Billings, MT 59103-0987

*Attorney for John Bleile*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA,
BUTTE DIVISION

| | |
|---|---|
| OFFICER JOHN BLEILE,<br><br>                              Plaintiff,<br><br>vs.<br><br>BUTTE POLICE PROTECTIVE ASSOCIATION,<br><br>                              Defendant. | Cause No. 2:07-cv-00044-RFC<br><br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

    For his Complaint against the Butte Police Protective Association, Plaintiff John Bleile alleges:

    1.    Officer Bleile is employed by the Butte - Silver Bow Law Enforcement Department and is a member in good standing of the Butte Police Protective Association.

    2.    Defendant Butte Police Protective Association is a labor union headquartered in Butte, Montana.

    3.    This Court has jurisdiction pursuant to the Labor Management Relations Act, § 301, 29 U.S.C. § 185.

    4.    Pursuant to L.R. 1.11, venue is proper in the Butte Division.

    5.    The Butte - Silver Bow Law Enforcement Department has taken actions that

adversely affected Officer Bleile's employment, and those actions violated policies and procedures governing the Department.

6. Officer Bleile requested that the Union pursue grievances and otherwise represent his interests regarding the Department's actions, but the union refused to do so.

7. The Union's actions breached its duty of fair representation to Officer Bleile.

8. As a result of the union's breaches, Plaintiff has suffered damages in kinds and amounts to be established at trial.

WHEREFORE plaintiff prays for:

1. All damages allowed by law;

2. Attorney's fees and costs as allowed by law; and

3. Further just relief.

**Plaintiff demands trial by jury on all issues so triable.**

DATED this 2nd day of August, 2007.

/s/ Tom Singer
T. Thomas Singer
Axilon Law Group, PLLC
115 N. Broadway
Electric Building, No. 310
P.O. Box 987
Billings, MT 59103-0987

*Attorney for John Bleile*