T. Thomas Singer
Axilon Law Group, PLLC
115 N. Broadway
Electric Building, No. 310
P.O. Box 987
Billings, MT 59103-0987

*Attorney for John Bleile*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN BLEILE,<br><br>                          Plaintiff,<br><br>vs.<br><br>BUTTE POLICE PROTECTIVE ASSOCIATION,<br><br>                          Defendant. | Cause No. 2:07-cv-00044-RFC<br><br>**NOTICE OF DISMISSAL** |

Plaintiff John Bleile hereby dismisses the Complaint he previously filed in this matter pursuant to Rule 41(a), F.R.Civ.P.

DATED this 28th day of May, 2008.

    /s/ T. Thomas Singer
        T. Thomas Singer
    Axilon Law Group, PLLC
    115 N. Broadway
    Electric Building, No. 310
    P.O. Box 987
    Billings, MT 59103-0987

*Attorney for John Bleile*